FILED
CHARLOTTE, N. C.

MAR 13 2007

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07 MJ 51

| | | |
|---|---|---|
| IN RE SEIZURE OF THE FUNDS IN | ) | ORDER TO SEAL |
| SHELBY SAVINGS BANK | ) | UNREDACTED AFFIDAVIT |
| CERTIFICATES, etc.. | ) | |

On the government's motion to seal in the above-captioned seizure warrant file, for the reason stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal unredacted version of the affidavit until further order of the Court.

Signed this the 13th day of March, 2007.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE